1  John A. Vogt (State Bar No. 198677)
   javogt@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612-4408
   Telephone: (949) 851-3939
4
   Attorneys for Defendant
5  EXPERIAN INFORMATION SOLUTIONS, INC.

6

7
                         UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9
                                 OAKLAND DIVISION
10

11

| **ELETTRA MEEKS, JOSEPH DELACRUZ, STEPHANIE LAGUNA, AMBER LEONARD, and BECKY WITT,** on behalf of themselves and others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.; MIDWEST RECOVERY SYSTEMS, LLC; and CONSUMER ADJUSTMENT COMPANY, INC.,**<br><br>**Defendants.** | Case No. 3:21-cv-03266-VC<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br><br>Civ. L.R. 6-1(a) |
|---|---|

   The Plaintiffs, Elettra Meeks, Joseph Delacruz, Stephanie Laguna, Amber Leonard, and Becky Whitt (collectively "Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective attorneys of record and without waiving any rights, claims, or defenses they have in this action, stipulate pursuant to Civil Local Rule 6-1(a) as follows:

   WHEREAS, Plaintiffs filed their Complaint on May 3, 2021 (ECF No. 1);

   WHEREAS, Experian was served on May 12, 2021 and is scheduled to respond to the Complaint on or before June 2, 2021;

1  WHEREAS, Experian has requested, and Plaintiff does not oppose, a thirty (30) day extension for Experian to respond to the Complaint, up to and including July 2, 2021;

WHEREAS, the stipulation need not be approved by the Court because the extension of time will not alter the date of any event or any deadline already fixed by Court order pursuant to L.R. 6-1(a).

NOW THEREFORE, the Parties, through their counsel, stipulate as follows:

1. Pursuant to Civil L.R. 6-1(a), the Parties hereby stipulate that Defendant Experian shall have thirty (30) additional days to respond to the Complaint filed in this action and shall file its response to the Complaint on or before July 2, 2021.

IT IS SO STIPULATED.

Dated: May 26, 2021

By:  /S/ John A. Vogt
John A. Vogt (State Bar No. 198677)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612-4408
Telephone:  +(949) 851-3939
javogt@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: May 26, 2021

By:  /S/ Craig C. Marchianda
Craig C. Marchianda
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA  23601
Tel:  (757) 930-3660
Fax:  (757) 257-3450
craig@clalegal.com

Counsel for Plaintiffs
ELETTRA MEEKS, JOSEPH DELACRUZ, STEPHANIE LAGUNA, AMBER LEONARD, AND BECKY WITT, *on behalf of themselves and others similarly situated*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated:  May 26, 2021          By:   */S/ John A. Vogt*
                                    John A. Vogt