**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
Consumer Adjustment Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELETTRA MEEKS, JOSEPH DELACRUZ, STEPHANIE LAGUNA, AMBER LEONARD, and BECKY WITT, on behalf of themselves and others similarly situated,<br><br>  *Plaintiffs,*<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; MIDWEST RECOVERY SYSTEMS, LLC; and CONSUMER ADJUSTMENT COMPANY, INC.,<br><br>  *Defendants.* | Case No.: 3:21-cv-03266-VC<br><br>**DEFENDANT CONSUMER ADJUSTMENT COMPANY, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

COMES NOW, Defendant Consumer Adjustment Company, Inc. ("CACI"), and files this Certificate of Interested Parties Pursuant to Civil Local Rule 3-15 as follows:

The following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff, Elettra Meeks
2. Plaintiff, Joseph De La Cruz
3. Plaintiff, Stephanie Laguna
4. Plaintiff, Amber Leonard
5. Plaintiff, Becky Witt
6. Defendant, Experian Information Solutions, Inc.
7. Defendant, Midwest Recovery Systems, LLC
8. Defendant, Consumer Adjustment Company, Inc.

Defendant Consumer Adjustment Company, Inc. has no parent company and is not owned by any publicly traded company.

DATED: June 2, 2021

**GOODMAN LAW FIRM, APC**

By: */s/ Brett B. Goodman*
Brett B. Goodman
Attorneys for Defendant
Consumer Adjustment Company, Inc.

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2021, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: June 2, 2021

                                            **GOODMAN LAW FIRM, APC**

                                            By:   */s/ Brett B. Goodman*
                                                        Brett B. Goodman

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA. 92127