Craig C. Marchiando, Esq. (SBN 283829)
Leonard A. Bennett, Esq. (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Attorneys for Plaintiffs and the Class*
[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELETTRA MEEKS, JOSEPH DELACRUZ, STEPHANIE LAGUNA, AMBER LEONARD, and BECKY WITT, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; MIDWEST RECOVERY SYSTEMS, LLC; and CONSUMER ADJUSTMENT COMPANY, INC.,<br><br>Defendants. | Case No.: 3:21-cv-03266-VC<br><br>**STIPULATION OF DISMISSAL OF CLAIMS OF BECKY WITT** |

Plaintiffs and Defendants Experian Information Solutions, Inc., Midwest Recovery Systems, LLC, and Consumer Adjustment Company, Inc. ("Defendants"), stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss the claims of Becky Witt ("Ms. Witt").

During the pendency of this action, Ms. Witt has passed. With the agreement and stipulation of all Parties, Plaintiffs and Defendants stipulate to the dismissal of Ms. Witt from this case.

WE ASK FOR THIS:
By: */s/ John A. Vogt*                By: */s/ Craig C. Marchiando*

| | |
|---|---|
| John A. Vogt (SBN 198677)<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>Telephone: (949) 851-3939<br>Email: javogt@jonesday.com<br><br>Joseph N. Parsons<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219<br>Telephone: (412) 394-9590<br>Email: jparsons@joneday.com<br><br>William R. Taylor<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3860<br>Email: wrtaylor@jonesday.com<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.*<br><br>By: */s/ Marcus Dong*<br>Marcus Dong (SBN 251723)<br>KAUFMAN DOLOWICH & VOLUCK, LLP<br>425 California Street, Suite 2100<br>San Francisco, CA 94104<br>Telephone: (415) 926-7600<br>Facsimile: (415) 926-7601<br>Email: mdong@kdwlaw.com<br><br><br><br>*Attorney for Defendant Consumer Adjustment Company, Inc.* | Craig C. Marchiando, (SBN 283829)<br>Leonard A. Bennett, *(Pro Hac Vice)*<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>763 J. Clyde Morris Blvd., Suite 1-A<br>Newport News, VA 23601<br>Telephone: (757) 930-3660<br>Facsimile: (757) 930-3662<br>Email: Craig@clalegal.com<br>Email: lenbennett@clalegal.com<br><br>Kristi C. Kelly, *(Pro Hac Vice)*<br>KELLY GUZZO, PLC<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA 22030<br>Telephone: (703) 424-7572<br>Facsimile: (703) 591-0167<br>kkelly@kellyguzzo.com<br><br>Matthew W.H. Wessler, *(Pro Hac Vice)*<br>GUPTA WESSLER PLLC<br>2001 K St. NW, Suite 850 North<br>Washington, DC 20006<br>Telephone: (202) 888-1741<br>Email: matt@guptawessler.com<br><br>*Attorneys for Plaintiffs* |