UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELETTRA MEEKS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-03266-VC<br><br>**ORDER TO SHOW CAUSE WHY COUNSEL FOR PLAINTIFFS SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR** |

        Counsel for plaintiffs are ordered to show cause why they should not be sanctioned for failure to appear at the July 13 case management conference. A written response is due Friday, July 15.

        **IT IS SO ORDERED.**

Dated: July 13, 2022

_____
VINCE CHHABRIA
United States District Judge