UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELETTRA MEEKS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-03266-VC<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION** |

  Pursuant to the Ninth Circuit's recent decision, Experian's motion to compel arbitration is granted. Dkt. Nos. 104, 105. The plaintiffs' claims against Experian are dismissed without prejudice. *See Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1073–74 (9th Cir. 2014).

  The Clerk is directed to update the case caption to *Meeks at al. v. Consumer Adjustment Company, Inc. et al.*

  **IT IS SO ORDERED.**

Dated: February 13, 2023

_____
VINCE CHHABRIA
United States District Judge